UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID J. KEEGAN, LUIS GARCIA, ERIC ELLIS, CHARLES WRIGHT, BETTY KOLSTAD, CAROL HINKLE AND JONATHAN ZDEB, individually, and on behalf of a class of similarly situated individuals,<br><br>           Plaintiffs,<br><br>vs.<br><br>AMERICAN HONDA MOTOR CO., INC., HONDA NORTH AMERICAN, INC., AND HONDA MOTOR COMPANY, LTD.,<br><br>           Defendants. | CASE NO. CV10-09508 MMM (AJW)<br><br>**ORDER FOR ENTRY OF PROTECTIVE ORDER** |

The parties in the above-entitled action have submitted a STIPULATED CONFIDENTIALITY AGREEMENT FOR ENTRY OF PROTECTIVE ORDER ("Confidentiality Stipulation"). The Court, having reviewed the parties' Confidentiality Stipulation, and GOOD CAUSE APPEARING, hereby adopts the Confidentiality Stipulation as its Protective Order for the handling of "Confidential Information" as that term is defined by the parties' Confidentiality Stipulation.

**IT IS SO ORDERED.**

**DATED:   8/31/2011**

_____
HONORABLE ANDREW J. WISTRICH
United States Magistrate Judge

1
[PROPOSED] ORDER FOR ENTRY OF PROTECTIVE ORDER