1 | Roy M. Brisbois (SBN 53222)
brisbois@lbbslaw.com
2 | Eric Y. Kizirian (SBN 210584)
kizirian@lbbslaw.com
3 | Lewis Brisbois Bisgaard & Smith LLP
221 N. Figueroa St., Suite 1200
4 | Los Angeles, California 90012
Tel:   (213) 250-1800
5 | Fax:   (213) 250-7900

6 | David B. Johnson (*pro hac vice*)
djohnson@sidley.com
7 | Eric S. Mattson (*pro hac vice*)
emattson@sidley.com
8 | Michael C. Andolina (*pro hac vice*)
mandolina@sidley.com
9 | Alexa C. Warner (*pro hac vice*)
awarner@sidley.com
10 | Sidley Austin LLP
One South Dearborn Street
11 | Chicago, Illinois 60603
Tel:   (312) 853-7000
12 | Fax:   (312) 853-7036

13 | Attorneys for Defendant
American Honda Motor Co., Inc.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| DAVID J. KEEGAN, LUIS GARCIA, ERIC ELLIS, CHARLES WRIGHT, BETTY KOLSTAD, CAROL HINKLE, and JONATHAN ZDEB, individually and on behalf of themselves and others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>　　　　Defendant. | Case No. CV 10-09508 MMM (AJWx)<br><br>**DEFENDANT AMERICAN HONDA MOTOR CO., INC.'S EVIDENTIARY OBJECTIONS TO THE REPORT OF GEOFFREY P. MILLER**<br><br>Date: January 23, 2012<br>Time: 10:00 a.m.<br>Location: Courtroom 780 |

**HONDA'S EVIDENTIARY OBJECTIONS TO THE REPORT OF GEOFFREY P. MILLER**

Defendant American Honda Motor Co., Inc. ("Honda") submits these evidentiary objections to the report of Geoffrey P. Miller. As explained below, the report is a work of legal advocacy – the province of this Court, not expert testimony. Specifically, plaintiffs submitted a report from Geoffrey P. Miller, a professor at New York University Law School. Professor Miller's report explains why, in his view, this case is appropriate for class certification. *See generally* Exhibit 1. The report is essentially a second brief in support of class certification. This is procedurally inappropriate and additionally inappropriate subject matter for expert testimony. Accordingly, Professor Miller's report should be stricken.

## I. Legal Conclusions Are Inappropriate Subjects for Expert Testimony.

The Ninth Circuit has consistently held that experts may not offer opinions on purely legal issues. *Elsayed Mukhtar v. Cal. State Univ., Hayward*, 299 F.3d 1053, 1066 (9th Cir. 2002), *amended sub nom. Mukhtar v. Cal. State Univ., Hayward*, 319 F.3d 1073 (9th Cir. 2003) ("an expert witness cannot give an opinion as to her legal conclusion, i.e., an opinion on an ultimate issue of law" ) (citing *McHugh v. United Serv. Auto. Ass'n*, 164 F.3d 451, 454 (9th Cir. 1999)). This rule is followed throughout the federal courts. *See, e.g.*, *Hygh v. Jacobs*, 961 F.2d 359, 363 (2d Cir. 1992) ("This circuit is in accord with other circuits in requiring exclusion of expert testimony that expresses a legal conclusion."); *see also* Fed. R. Evid. 702.

The rule is no less robust where a judge rather than a jury will decide the issue on which the expert opines. For example, courts have consistently excluded expert legal opinions about the propriety of class certification. *See, e.g., Walsh v. Principal Life Ins. Co.*, 266 F.R.D. 232, 238 (S.D. Iowa 2010); *Woodward v. Andrus*, No. 03-2098, 2009 WL 140527, at *1 (W.D. La. Jan. 20, 2009); *Hurley v. U.S. HealthWorks Med. Group*, No. CV-05-0017-EFS, 2006 U.S. Dist LEXIS 44062, at *4-5 (E.D. Wash. June 27, 2006); *Fogarazzo v. Lehman Bros., Inc.*, No. 03 Civ. 5194, 2005 WL 361205, at *1-2 (S.D.N.Y. 2005).

## II. Professor Miller's Report Is A Work of Legal Advocacy

Professor Miller is a professor at a law school. In his report, he opines on the legal question of whether plaintiffs' proposed class satisfies the requirements of Rule 23. Professor Miller draws parallels between plaintiffs' proposed class and the proposed class in *Wolin v. Jaguar Land Rover, N.A., LLC*, 617 F.3d 1168 (9th Cir. 2010). *See* Exhibit 1 ¶¶ 25-35. He also offers his distinction between this case and *Wal-Mart Stores, Inc. v. Dukes*, 131 S. Ct. 2541 (2011). *Id.* ¶ 36. His analysis reads like a legal brief and is replete with legal citations – 15 out of the 24 paragraphs in the "Opinion" section contain them. *Id.* ¶¶ 19-42.

## III. Professor Miller's Expert Report Should Be Stricken

Honda is confident that this Court requires no expert guidance on a question of law. "Each courtroom comes equipped with a 'legal expert' called a judge." *Burkhart v. Wash. Metro. Area Transit Auth.*, 112 F.3d 1207, 1213 (D.C. Cir. 1997). As another court stated, "Legal citation belongs in parties' briefs, not in experts' opinions." *Fogarazzo*, 2005 WL 361205, at *4. With Professor Miller's report, plaintiffs are seeking to invade the province of the Court, not to mention secure pages of additional briefing beyond the page limit allowed by rule. The Court should reject this attempt to offer legal advocacy in the guise of expert opinion.

WHEREFORE, Honda respectfully requests that this Court strike Geoffrey P. Miller's expert report, not give it any weight, and award any other appropriate relief.

Dated: December 19, 2011      Respectfully submitted,

AMERICAN HONDA MOTOR CO, INC.

By: /s/ Eric S. Mattson
      One of its Attorneys

Roy M. Brisbois (SBN 53222)
brisbois@lbbslaw.com
Eric Y. Kizirian (SBN 210584)
kizirian@lbbslaw.com
Lewis Brisbois Bisgaard & Smith LLP
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Tel: (213) 250-1800
Fax: (213) 250-7900

David B. Johnson (*pro hac vice*)
djohnson@sidley.com
Eric S. Mattson (*pro hac vice*)
emattson@sidley.com
Michael C. Andolina (*pro hac vice*)
mandolina@sidley.com
Alexa C. Warner (*pro hac vice*)
acwarner@sidley.com
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
Tel: (312) 853-7000
Fax: (312) 853-7036

Attorneys for Defendant American Honda Motor Co., Inc.

# CERTIFICATE OF SERVICE

Michael C. Andolina, an attorney, hereby certifies that he caused copies of the foregoing to be served on all counsel listed below via electronic mail on this 19th day of December 2011:

Matthew R. Mendelsohn
David A. Mazie
Mazie Slater Katz & Freeman, LLC
103 Eisenhower Parkway
Roseland, New Jersey 07068

Payam Shahian
Strategic Legal Practices, APC
1875 Century Park East, Suite 700
Los Angeles, California 90067

Michael A. Caddell
Cynthia B. Chapman
Brian M. Keller
Caddell & Chapman
1331 Lamar, Suite 1070
Houston, Texas 77010-3027

Robert L. Starr
The Law Offices of Robert L. Starr
23277 Ventura Boulevard
Woodland Hills, California 91364-1002

/s/ Michael C. Andolina
Michael C. Andolina