1  Roy M. Brisbois (SBN 53222)
   brisbois@lbbslaw.com
2  Eric Y. Kizirian (SBN 210584)
   kizirian@lbbslaw.com
3  Lewis Brisbois Bisgaard & Smith LLP
   221 N. Figueroa St., Suite 1200
4  Los Angeles, California 90012
   Tel:   (213) 250-1800
5  Fax:   (213) 250-7900

6  Eric S. Mattson (*pro hac vice*)
   emattson@sidley.com
7  Michael C. Andolina (*pro hac vice*)
   mandolina@sidley.com
8  Claire E.W. Stewart (*pro hac vice*)
   claire.stewart@sidley.com
9  Sidley Austin LLP
   One South Dearborn Street
10 Chicago, Illinois 60603
   Tel:   (312) 853-7000
11 Fax:   (312) 853-7036

12 Attorneys for defendant
   American Honda Motor Co., Inc.
13

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| DAVID J. KEEGAN, LUIS GARCIA, ERIC ELLIS, CHARLES WRIGHT, BETTY KOLSTAD, CAROL HINKLE, and JONATHAN ZDEB, individually and on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>    Defendant. | Case No. CV 10-09508 MMM (AJWx)<br><br>**JOINT STIPULATION TO STAY PROCEEDINGS PENDING RULING ON DEFENDANT'S RULE 23(f) PETITION**<br><br>STIPULATED [PROPOSED] ORDER LODGED CONCURRENTLY |

On June 26, 2012, defendant American Honda Motor Co., Inc. ("Honda") filed a petition with the U.S. Court of Appeals for the Ninth Circuit seeking permission to appeal this Court's June 12, 2012 order granting in part and denying in part plaintiffs' motion for class certification. In light of that filing, the parties have agreed to seek a stay of the proceedings in this Court pending resolution of the Rule 23(f) petition and, if the petition is allowed, pending resolution of the appeal.

Seeking leave to pursue an interlocutory appeal does not automatically stay proceedings in the district court, but the Court has broad discretion to permit a stay to "promote economy of time and effort for itself, for counsel, and for litigants." *Assoc. of Irritated Residents v. Fred Schakel Dairy*, 634 F. Supp. 2d 1081, 1094 (E.D. Cal. 2008) (citing *Filtrol Corp. v. Kelleher*, 467 F.2d 242, 244 (9th Cir. 1972)) (quotations and citations omitted). That standard is readily met here. The Ninth Circuit's resolution of issues raised in Honda's Rule 23(f) petition could have a significant effect on this Court's certification order and on the case as a whole. In the meantime, it would be prudent to stay proceedings so that neither the parties nor the Court expend time unnecessarily. Put differently, a stay would serve the interests of judicial economy and fairness to the parties.

The requested stay would extend to all deadlines under the Court's current June 12, 2012 case management order, to all discovery obligations under the Federal Rules of Civil Procedure, and to any other provisions or orders governing pretrial or trial proceedings in this case. There would be one exception: The parties have agreed to proceed with a previously scheduled mediation on July 12, 2012, regardless of whether a stay is granted.

Dated: June 27, 2012

LEWIS BRISBOIS BISGAARD & SMITH LLP

SIDLEY AUSTIN LLP

By: /s/ Eric S. Mattson
Attorneys for American Honda Motor Co., Inc.

| | | |
|---|---|---|
| 1 | Dated: June 27, 2012 | CADDELL & CHAPMAN |
| 2 | | STRATEGIC LEGAL PRACTICES, APC |
| 3 | | THE LAW OFFICE OF ROBERT L. STARR |
| 4 | | MAZIE SLATER KATZ & FREEMAN, LLC |
| 5 | | By: /s/ Matthew Mendelsohn<br>Attorneys for Plaintiff |

2

**JOINT STIPULATION TO STAY PROCEEDINGS PENDING RULING ON RULE 23(F) PETITION**

# CERTIFICATE OF SERVICE

Eric S. Mattson, an attorney, hereby certifies that he caused copies of the foregoing Joint Stipulation to Stay Proceedings Pending Ruling on Defendant's Rule 23(f) Petition to be served on all counsel listed below via ECF on June 27, 2012:

Matthew R. Mendelsohn
David A. Mazie
Mazie Slater Katz & Freeman, LLC
103 Eisenhower Parkway
Roseland, New Jersey 07068

Payam Shahian
Strategic Legal Practices, APC
1875 Century Park East, Suite 700
Los Angeles, California 90067

Michael A. Caddell
Cynthia B. Chapman
Brian M. Keller
Caddell & Chapman
1331 Lamar, Suite 1070
Houston, Texas 77010-3027

Robert L. Starr
The Law Offices of Robert L. Starr
23277 Ventura Boulevard
Woodland Hills, California 91364-1002

/s/ Eric S. Mattson