**STAYED (JS-6)**

1   Roy M. Brisbois (SBN 53222)
brisbois@lbbslaw.com
2   Eric Y. Kizirian (SBN 210584)
kizirian@lbbslaw.com
3   Lewis Brisbois Bisgaard & Smith LLP
221 N. Figueroa St., Suite 1200
4   Los Angeles, California 90012
Tel:  (213) 250-1800
5   Fax:  (213) 250-7900

6   Eric S. Mattson (*pro hac vice*)
emattson@sidley.com
7   Michael C. Andolina (*pro hac vice*)
mandolina@sidley.com
8   Claire E.W. Stewart (*pro hac vice*)
claire.stewart@sidley.com
9   Sidley Austin LLP
One South Dearborn Street
10  Chicago, Illinois 60603
Tel:  (312) 853-7000
11  Fax:  (312) 853-7036

12  Attorneys for Defendant
American Honda Motor Co., Inc.
13

14               **UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
15                    **WESTERN DIVISION**

| | |
|---|---|
| 16  DAVID J. KEEGAN, LUIS GARCIA, | Case No.: CV 10-09508-MMM-AJWx |
| 17  ERIC ELLIS, CHARLES WRIGHT, | |
|       BETTY KOLSTAD, CAROL HINKLE, | **[~~PROPOSED~~] ORDER APPROVING** |
| 18  and JONATHAN ZDEB, individually | **JOINT STIPULATION TO STAY** |
|       and on behalf of themselves and others | **PROCEEDINGS** |
| 19  similarly situated, | |
| 20          Plaintiffs, | |
| 21      vs. | |
| 22 | |
| 23  AMERICAN HONDA MOTOR CO., INC., | |
| 24          Defendant. | |
| 25 | |

26

27

28

CH1 6906801v.1

**[PROPOSED] ORDER**

Having considered the parties' Joint Stipulation to stay proceedings pending the resolution of defendant's petition for interlocutory appeal under Fed. R. Civ. P. 23(f), in the interests of judicial economy and fairness to the parties, and good cause appearing, the Court finds and orders as follows:

**IT IS HEREBY ORDERED** that the relief requested in the joint stipulation is **GRANTED.** With the exception of the mediation deadline, all deadlines under the Court's June 12, 2012 case management order and all discovery obligations under the Federal Rules of Civil Procedure, and under any other provisions or orders governing pretrial or trial proceedings in this case, are stayed. The parties shall promptly advise the Court when the Rule 23(f) petition is resolved and propose new dates leading up to trial.

**IT IS SO ORDERED.**

Dated: July 12, 2012

_____
Hon. Margaret M. Morrow
U.S. District Court Judge

CH1 6906801v.1