Michael A. Caddell (State Bar No. 249469)
mac@caddellchapman.com
Cynthia B. Chapman (State Bar No. 164471)
cbc@caddellchapman.com
Cory S. Fein (State Bar No. 250758)
csf@caddellchapman.com
**CADDELL & CHAPMAN**
1331 Lamar, Suite 1070
Houston TX 77010-3027
Telephone:  (713) 751-0400
Facsimile:  (713) 751-0906

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| DAVID J. KEEGAN, LUIS GARCIA, ERIC ELLIS, CHARLES WRIGHT, BETTY KOLSTAD, CAROL HINKLE AND JONATHAN ZDEB, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br>v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br>Defendant. | Case No.: CV 10-09508-MMM-AJW<br><br>**JOINT REPORT REGARDING MEDIATION** |

Plaintiffs David J. Keegan, Luis Garcia, Eric Ellis, Charles Wright, Betty Kolstad, Carol Hinkle and Jonathan Zdeb ("Plaintiffs") and Defendant American Honda Motor Co., Inc. ("Honda"), through their undersigned counsel, hereby file this Joint Report Regarding Mediation, and state as follows:

The Court's June 12, 2012 Order directed the parties to complete mediation no later than September 14, 2012 and to file a joint pleading reflecting compliance with this requirement by September 18, 2012.  (Dkt. No. 139).

The Parties hereby report that they completed a mediation in this case on July 12, 2012, with mediator Maureen A. Summers.  The parties made some progress and, although a settlement agreement was not reached, they are continuing settlement discussions at this time.

Dated: September 18, 2012

/s/ Michael A. Caddell
Michael A. Caddell
Cynthia B. Chapman
Cory S. Fein
**CADDELL & CHAPMAN**
Attorney for Plaintiffs


/s/ Eric Y. Kizirian
ROY M. BRISBOIS
ERIC Y. KIZIRIAN
LEWIS BRISBOIS BISGAARD & SMITH LLP
Attorney for Defendant