**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

NOV 09 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DAVID J. KEEGAN, individually, and on behalf of a class of similarly situated individuals; et al.,<br><br>       Plaintiffs - Respondents,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>       Defendant - Petitioner. | No. 12-80138<br><br>D.C. No. 2:10-cv-09508-MMM-AJW<br>Central District of California, Los Angeles<br><br>ORDER |



Before: LEAVY and RAWLINSON, Circuit Judges.

Respondents' motion to strike petitioner's reply in support of the petition for permission to appeal is denied. Respondents' alternate motion for leave to file a surreply is granted. The surreply was filed on August 7, 2012.

The court, in its discretion, denies the petition for permission to appeal the district court's June 12, 2012 order granting class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam).

jp/MOATT