Michael A. Caddell (State Bar No. 249469)
mac@caddellchapman.com
Cynthia B. Chapman (State Bar No. 164471)
cbc@caddellchapman.com
Cory S. Fein (State Bar No. 250758)
csf@caddellchapman.com
Caddell & Chapman
1331 Lamar, Suite 1070
Houston TX 77010-3027
Telephone: (713) 751-0400
Facsimile: (713) 751-0906

[Additional attorneys listed below signature line]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| DAVID J. KEEGAN, LUIS GARCIA, ERIC ELLIS, CHARLES WRIGHT, BETTY KOLSTAD, CAROL HINKLE AND JONATHAN ZDEB, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>Defendant. | Case No.: CV 10-09508-MMM-AJW<br><br>**JOINT STATUS REPORT** |

CASE NO. 2:10-cv-09508-MMM-AJW

# JOINT STATUS REPORT

Pursuant to the Court's July 12, 2012 Order (Doc. No. 143), the parties submit this Joint Status Report.

### A. The Ninth Circuit has denied Honda's Rule 23(f) petition for review of this Court's class certification order.

On June 27, 2012, Defendant American Honda Motor Co., Inc. ("Honda") filed a Petition for Permission to Appeal Under Federal Rule of Civil Procedure 23(f) with the Ninth Circuit Court of Appeals, seeking permission to appeal this Court's Order Granting in Part and Denying in Part Plaintiffs' Motion for Class Certification. (Doc. No. 138.) On July 12, 2012, this Court stayed proceedings in this action pending resolution of Honda's Rule 23(f) Petition. (Doc. No. 143.) In that Order, the Court directed the parties to advise the Court and propose a new schedule following the Ninth Circuit's decision. (*Id.*)

On November 9, 2012, the Ninth Circuit denied Honda's Petition for permission to appeal, and this Court received and docketed the Ninth Circuit's Order. (Doc. No. 146.)

### B. A continuation of the stay is appropriate because the parties are in settlement negotiations and hope to file a motion for preliminary approval shortly.

The parties are currently in settlement negotiations and believe that they may be able to resolve this case by negotiated settlement within a relatively short time. The parties hope to be in a position to file a motion for preliminary approval

CASE NO. 2:10-cv-09508-MMM-AJW          Page 1
JOINT STATUS REPORT

on January 31, 2013.  The parties propose to present that motion to the Court on February 25, 2013, the date on which the Court is currently scheduled to hear Plaintiffs' Motion for Partial Relief from Stay.  (Doc. No. 145.)  Given the status of the parties' settlement negotiations and the significant progress they have made, the parties believe that it is appropriate for the stay to be continued until January 31, 2013.

Dated:  November 19, 2012

                                       Respectfully submitted,

By:   /s/ Michael A. Caddell
Michael A. Caddell (State Bar No. 249469)
mac@caddellchapman.com
Cynthia B. Chapman (State Bar No. 164471)
cbc@caddellchapman.com
Cory S. Fein (State Bar No. 250758)
csf@caddellchapman.com
Caddell & Chapman
1331 Lamar, Suite 1070
Houston, TX 77010-3027
Telephone:  (713) 751-0400
Facsimile:  (713) 751-0906

Matthew R. Mendelsohn (*pro hac vice*)
mmendelsohn@mskf.net
David A. Mazie (*pro hac vice*)
dmazie@mskf.net
Mazie Slater Katz & Freeman, LLC
103 Eisenhower Parkway
Roseland NJ 07068
Telephone:  (973) 228-9898
Facsimile:  (973) 228-0303

**CASE NO. 2:10-cv-09508-MMM-AJW**     Page 2
**JOINT STATUS REPORT**

| | |
|---|---|
| 1 | Payam Shahian (State Bar No. 228406) |
| | Pshahian@slpattorney.com |
| 2 | Strategic Legal Practices, APC |
| 3 | 1875 Century Park East, Suite 700 |
| | Los Angeles CA 90067 |
| 4 | Telephone:  (310) 277-1040 |
| 5 | Facsimile:  (310) 943-3838 |
| 6 | Robert L. Starr (State Bar No. 183052) |
| 7 | starresq@hotmail.com |
| | The Law Office of Robert L. Starr |
| 8 | 23277 Ventura Boulevard |
| 9 | Woodland Hills CA 91364-1002 |
| | Telephone:  (818) 225-9040 |
| 10 | Facsimile:  (818) 225-9042 |
| 11 | |
| 12 | /s/ Eric S. Mattson_____ |
| | Roy M. Brisbois (State Bar No. 53222) |
| 13 | brisbois@lbbslaw.com |
| | Eric Y. Kizirian (State Bar No. 210584) |
| 14 | kizirian@lbbslaw.com |
| 15 | Lewis Brisbois Brisgaard & Smith, LLP. |
| | 221 North Figueroa St., Suite 1200 |
| 16 | Los Angeles CA 90012 |
| 17 | Telephone:  (210) 250-1800 |
| | Facsimile:  (213) 250-7900 |
| 18 | |
| 19 | Eric S. Mattson (pro hac vice) |
| | emattson@sidley.com |
| 20 | Michael C. Andolina (pro hac vice) |
| 21 | mandolina@sidley.com |
| | Sidley Austin LLP |
| 22 | One South Dearborn Street |
| | Chicago IL 60603 |
| 23 | Telephone:  (312) 853-7000 |
| 24 | Facsimile:  (312) 853-7036 |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**CASE NO. 2:10-cv-09508-MMM-AJW**     Page 3

**JOINT STATUS REPORT**