Payam Shahian (SBN 228406)
Pshahian@slpattorney.com
Christopher Swanson (SBN 278413)
cswanson@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC**
1875 Century Park East, Suite 700
Los Angeles, CA 90067
Telephone: (310) 277-1040
Facsimile: (310) 943-3838

Michael A. Caddell (SBN 249469)
mac@caddellchapman.com
Cynthia B. Chapman (SBN 164471)
cbc@caddellchapman.com
Cory S. Fein (SBN 250758)
csf@caddellchapman.com
**CADDELL & CHAPMAN**
1331 Lamar, Suite 1070
Houston, Texas 77010-0400
Telephone: (713) 751-0400
Facsimile: (713) 751-0906

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DAVID J. KEEGAN, LUIS GARCIA, ERIC ELLIS, CHARLES WRIGHT, BETTY KOLSTAD, CAROL HINKLE AND JONATHAN ZDEB, individually, and on behalf of a class of similarly situated individuals,<br><br>   Plaintiffs,<br>  v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br>   Defendant. | Case No.: CV 10-09508-MMM-AJW<br><br>**JOINT STIPULATION TO LIFT STAY IN ANTICIPATION OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL** |

**THIS STIPULATION** is hereby entered into by and between Plaintiffs David J. Keegan, Luis Garcia, Eric Ellis, Charles Wright, Betty Kolstad, Carol Hinkle, and Jonathan Zdeb, individually and on behalf of a class of similarly situated individuals ("Plaintiffs") and Defendant American Honda Motor Co., Inc., ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record.

**WHEREAS**, on June 26, 2012, Defendant filed a petition with the U.S. Court of Appeals for the Ninth Circuit seeking permission to appeal the Court's June 12, 2012 order granting in part and denying in part Plaintiffs' motion for class certification  (*see* Dkt. #140);

**WHEREAS**, in light of that filing, on June 27, 2012, the Parties submitted a Joint Stipulation For a Stay of Proceedings, which the court granted on July 12, 2012 (Dkt. #143);

**WHEREAS**, on October 12, 2012, the Plaintiffs filed an Unopposed Motion for Partial Lift of Stay for the purpose of allowing Plaintiffs to file their Motion for Leave to (1) File a Second Amended Complaint Substituting a New Class Representative and (2) Amend the Scheduling Order , with a hearing date of February 25, 2013 (Dkt. #145);

**WHEREAS**, the Parties engaged in several mediation sessions beginning on July 12, 2012, resulting in a settlement agreement which the parties are currently memorializing;

**WHEREAS**, the Parties are therefore withdrawing their October 12, 2012 Motion for Partial Lift of Stay;

**WHEREAS**, the parties have reserved a hearing date of April 15, 2013 to present their Motion for Preliminary Approval, which motion will be filed by March 18, 2013;

**NOW THEREFORE**, the Parties hereby stipulate to lift the stay that the Court entered on July 12, 2012 in anticipation of filing an Amended Complaint

1    and Motion for Preliminary Approval, which the Parties intend to file by March

2    18, 2013.

3    Dated: February 15, 2013                    Respectfully submitted,

4

5

6                                                By:/s/ Payam Shahian _____

7                                                Payam Shahian (SBN 228406)
                                                 Pshahian@slpattorney.com
8                                                Christopher Swanson (SBN 278413)
                                                 cswanson@slpattorney.com
9                                                STRATEGIC LEGAL PRACTICES, APC
                                                 1875 Century Park East, Suite 700
10                                               Los Angeles, CA 90067
                                                 Telephone: (310) 277-1040
11                                               Facsimile: (310) 943-3838

12                                               Michael A. Caddell (SBN 249469)
                                                 mac@caddellchapman.com
13                                               Cynthia B. Chapman (SBN 164471)
                                                 cbc@caddellchapman.com
14                                               Cory S. Fein (SBN 250758)
                                                 csf@caddellchapman.com
15                                               CADDELL & CHAPMAN
                                                 1331 Lamar, Suite 1070
16                                               Houston, Texas 77010-0400
                                                 Telephone: (713) 751-0400
17                                               Facsimile: (713) 751-0906

18                                               Robert L. Starr (SBN 183052)
                                                 starresq@hotmail.com
19                                               THE LAW OFFICE OF ROBERT L. STARR
                                                 23277 Ventura Boulevard
20                                               Woodland Hills, California 91364
                                                 Telephone: (818) 225-9040
21                                               Facsimile: (818) 225-9042

22                                               Matthew R. Mendelsohn (pro hac vice)
                                                 mmendelsohn@mskf.net
23                                               David A. Mazie (pro hac vice)
                                                 dmazie@mskf.net
24                                               MAZIE SLATER KATZ & FREEMAN, LLC
                                                 103 Eisenhower Parkway
25                                               Roseland, New Jersey 07068
                                                 Telephone: (973) 228-9898
26                                               Facsimile: (973) 228-0303

27
                                                 Attorneys for Plaintiffs
28

---

2

Dated:  February 15, 2013

By: /s/ Eric Mattson

Eric S. Mattson (*pro hac vice*)
emattson@sidley.com
Michael C. Andolina (*pro hac vice*)
mandolina@sidley.com
Claire E.W. Stewart (*pro hac vice*)
claire.stewart@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, Illinois 60603
Tel: (312) 853-7000
Fax: (312) 853-7036

Roy M. Brisbois (SBN 53222)
brisbois@lbbslaw.com
Eric Y. Kizirian (SBN 210584)
kizirian@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 N. Figueroa St., Suite 1200
Los Angeles, California 90012
Tel: (213) 250-1800
Fax: (213) 250-7900

Attorneys for Defendant